| | |
|---|---|
| 1 | Jane L. Froyd (State Bar No. 220776)<br>JONES DAY |
| 2 | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 3 | Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900 |
| 4 | jfroyd@jonesday.com |
| 5 | John G. Froemming (Admitted *pro hac vice*)<br>David M. Jaquette (Admitted *pro hac vice*) |
| 6 | JONES DAY<br>51 Louisiana Ave. NW |
| 7 | Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939 |
| 8 | Facsimile:  (202) 626-1700<br>jfroemming@jonesday.com |
| 9 | djaquette@jonesday.com |
| 10 | Attorneys for Plaintiffs<br>BMW OF NORTH AMERICA, LLC, |
| 11 | ROLLS-ROYCE MOTOR CARS NA, LLC,<br>ROLLS-ROYCE MOTOR CARS LIMITED, and |
| 12 | BAYERISCHE MOTOREN WERKE AG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | BMW OF NORTH AMERICA, LLC,<br>ROLLS-ROYCE MOTOR CARS NA, LLC, | Case No. 3:11-cv-04598-WHA |
| 17 | ROLLS-ROYCE MOTOR CARS LIMITED,<br>and | [PROPOSED] **ORDER GRANTING<br>REQUEST TO SERVE B2CFORCE** |
| 18 | BAYERISCHE MOTOREN WERKE AG, | **INTERNATIONAL CORPORATION VIA<br>CALIFORNIA SECRETARY OF STATE** |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | DINODIRECT CORP.,<br>DINODIRECT CHINA LTD., | |
| 22 | B2CFORCE INT'L CORP., and<br>JIANFENG FENG aka KEVIN FENN | |
| 23 | aka KEVIN FENG, | |
| 24 | Defendants. | |

Plaintiffs filed a request to serve Defendant B2CForce International Corporation via the California Secretary of State.  Plaintiffs have exercised due diligence to locate any authorized persons to accept service for B2CForce International Corporation, but have been unable to do so.

[PROPOSED] ORDER AUTHORIZING SERVICE
OF PROCESS ON THE SECRETARY OF STATE
Case No. 3:11-cv-04598-WHA

Pursuant to FRCP 4(e) and (h), and CAL. CORP. CODE 1702, the plaintiffs shall serve the summons, first amended complaint, and all supporting documentation on the California Secretary of State no later than 30 days from the date of this order.

**IT IS SO ORDERED**

Dated: March 19, 2012.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE