1  Jane L. Froyd (State Bar No. 220776)
   JONES DAY
2  1755 Embarcadero Road
   Palo Alto, CA  94303
3  Telephone:     (650) 739-3939
   Facsimile:      (650) 739-3900
4  jfroyd@jonesday.com

5  John G. Froemming (Admitted *pro hac vice*)
   David M. Jaquette (Admitted *pro hac vice*)
6  JONES DAY
   51 Louisiana Ave. NW
7  Washington, D.C.  20001-2113
   Telephone:     (202) 879-3939
8  Facsimile:      (202) 626-1700
   jfroemming@jonesday.com
9  djaquette@jonesday.com

10 Attorneys for Plaintiffs
   BMW OF NORTH AMERICA, LLC,
11 ROLLS-ROYCE MOTOR CARS NA, LLC,
   ROLLS-ROYCE MOTOR CARS LIMITED, and
12 BAYERISCHE MOTOREN WERKE AG

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  BMW OF NORTH AMERICA, LLC, ROLLS-ROYCE MOTOR CARS NA, LLC, ROLLS-ROYCE MOTOR CARS LIMITED, and BAYERISCHE MOTOREN WERKE AG,<br><br>Plaintiffs,<br><br>v.<br><br>DINODIRECT CORP., DINODIRECT CHINA LTD., B2CFORCE INT'L CORP., and JIANFENG FENG aka KEVIN FENN aka KEVIN FENG,<br><br>Defendants. | Case No. 3:11-cv-04598-WHA<br><br>[PROPOSED] ORDER GRANTING REQUEST TO SERVE B2CFORCE INTERNATIONAL CORPORATION VIA CALIFORNIA SECRETARY OF STATE |

26  Plaintiffs filed a request to serve Defendant B2CForce International Corporation via the

27 California Secretary of State.  Plaintiffs have exercised due diligence to locate any authorized

28 persons to accept service for B2CForce International Corporation, but have been unable to do so.

[PROPOSED] ORDER AUTHORIZING SERVICE
OF PROCESS ON THE SECRETARY OF STATE
Case No. 3:11-cv-04598-WHA

1  Pursuant to FRCP 4(e) and (h), and CAL. CORP. CODE 1702, the plaintiffs shall serve the
2  summons, first amended complaint, and all supporting documentation on the California Secretary
3  of State no later than 30 days from the date of this order.
4  **IT IS SO ORDERED**
5
6  Dated:  March 19, 2012.
7  _____
   HON. WILLIAM H. ALSUP
8  UNITED STATES DISTRICT JUDGE