| | |
|---|---|
| 1 | Jane L. Froyd (State Bar No. 220776) |
| | JONES DAY |
| 2 | 1755 Embarcadero Road |
| | Palo Alto, CA  94303 |
| 3 | Telephone:     (650) 739-3939 |
| | Facsimile:      (650) 739-3900 |
| 4 | jfroyd@jonesday.com |
| 5 | John G. Froemming (Admitted *pro hac vice*) |
| | David M. Jaquette (Admitted *pro hac vice*) |
| 6 | JONES DAY |
| | 51 Louisiana Ave. NW |
| 7 | Washington, D.C.  20001-2113 |
| | Telephone:     (202) 879-3939 |
| 8 | Facsimile:      (202) 626-1700 |
| | jfroemming@jonesday.com |
| 9 | djaquette@jonesday.com |
| 10 | Attorney for Plaintiffs |
| | BMW OF NORTH AMERICA, LLC, |
| 11 | ROLLS-ROYCE MOTOR CARS NA, LLC, |
| | ROLLS-ROYCE MOTOR CARS LIMITED, and |
| 12 | BAYERISCHE MOTOREN WERKE AG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BMW OF NORTH AMERICA, LLC, | | Case No. 3:11-cv-04598-WHA |
| ROLLS-ROYCE MOTOR CARS NA, LLC, | | |
| ROLLS-ROYCE MOTOR CARS LIMITED, | | |
| and | | |
| BAYERISCHE MOTOREN WERKE AG, | | |
| | Plaintiffs, | |
| v. | | |
| DINODIRECT CORP., | | |
| DINODIRECT CHINA LTD., | | |
| B2CFORCE INT'L CORP., and | | |
| JIANFENG FENG aka KEVIN FENN | | |
| aka KEVIN FENG, | | |
| | Defendants. | |

**[~~PROPOSED~~] ORDER**

On April 12, 2012, Plaintiffs BMW of North America, LLC, Rolls-Royce Motor Cars NA, LLC, Rolls-Royce Motor Cars Limited, and Bayerische Motoren Werke AG ("Plaintiffs") filed a

1  motion pursuant to Civil Local Rule 7-11 seeking an Order by this Court postponing the April 19,

2  2012 Case Management Conference to June 21, 2012., at 11:00 a.m.

3      Upon consideration of the motion and for good cause appearing, Plaintiffs' motion is

4  hereby **GRANTED**.

5      PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.

6  **IT IS SO ORDERED**

8  Dated: April 13, 2012



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE