1  Jane L. Froyd (State Bar No. 220776)
   JONES DAY
2  1755 Embarcadero Road
   Palo Alto, CA  94303
3  Telephone:     (650) 739-3939
   Facsimile:     (650) 739-3900
4  jfroyd@jonesday.com

5  John G. Froemming (Admitted *pro hac vice*)
   David M. Jaquette (Admitted *pro hac vice*)
6  JONES DAY
   51 Louisiana Ave. NW
7  Washington, D.C.  20001-2113
   Telephone:     (202) 879-3939
8  Facsimile:     (202) 626-1700
   jfroemming@jonesday.com
9  djaquette@jonesday.com

10 Attorney for Plaintiffs
   BMW OF NORTH AMERICA, LLC,
11 ROLLS-ROYCE MOTOR CARS NA, LLC,
   ROLLS-ROYCE MOTOR CARS LIMITED, and
12 BAYERISCHE MOTOREN WERKE AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC,<br>ROLLS-ROYCE MOTOR CARS NA, LLC,<br>ROLLS-ROYCE MOTOR CARS LIMITED, and<br>BAYERISCHE MOTOREN WERKE AG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DINODIRECT CORP.,<br>DINODIRECT CHINA LTD.,<br>B2CFORCE INT'L CORP., and<br>JIANFENG FENG aka KEVIN FENN<br>aka KEVIN FENG,<br><br>　　　　　Defendants. | Case No. 3:11-cv-04598-WHA |

**[PROPOSED] ORDER**

On April 12, 2012, Plaintiffs BMW of North America, LLC, Rolls-Royce Motor Cars NA, LLC, Rolls-Royce Motor Cars Limited, and Bayerische Motoren Werke AG ("Plaintiffs") filed a

1  motion pursuant to Civil Local Rule 7-11 seeking an Order by this Court postponing the April 19,

2  2012 Case Management Conference to June 21, 2012., at 11:00 a.m.

3      Upon consideration of the motion and for good cause appearing, Plaintiffs' motion is

4  hereby **GRANTED**.

5      PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.

6  **IT IS SO ORDERED**

8  Dated: April 13, 2012



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE