UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

BMW OF NORTH AMERICA, LLC, et al.,

    Plaintiffs,

  v.

DINODIRECT CORP., et al.

    Defendants.

No. C 11-4598 WHA

**ORDER WITHDRAWING MEDIATION REFERRAL**

**IT IS HEREBY ORDERED** that this case is removed from the court's mediation program.

**IT IS SO ORDERED.**

June 1, 2012.    By:    William H. Alsup
Dated    United States District Judge