**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BMW OF NORTH AMERICA, LLC; ROLLS-ROYCE MOTOR CARS, NA, LLC; ROLLS-ROYCE MOTOR CARS LIMITED and BAYERISCHE MOTOREN WERKE AG,

    Plaintiffs,

  v.

DINODIRECT CORP.; DINODIRECT CHINA LTD.; B2CFORCE INTERNATIONAL CORP.; and JIANFENG FENG aka KEVIN FENN aka KEVIN FENG, ,

    Defendants.

No. C 11-04598 WHA

**NOTICE AND ORDER TO DEFENDANTS RE: IMPROPER EMAILS**

Defendants, or some of them, have sent emails to this Court. These emails are not a proper way to communicate with this Court and do not qualify as a proper appearance before this Court. Plaintiffs have filed a motion for default judgment for $13.5 million dollars and the hearing will be held tomorrow, June 20, 2012. Defendants would be well-advised to make an appearance at or before the hearing. If such an appearance is made by defendants through counsel, this Court would consider granting an extension for a short period of time for defendants to move to set aside plaintiffs' motion for default judgment. If defendants do not make such an appearance through counsel, then it is probable that default judgment will be entered in favor of plaintiffs. The defendants are advised not to engage in further email

communication with this Court. **PLAINTIFFS SHALL IMMEDIATELY SERVE THIS ORDER UPON DEFENDANTS**.

**IT IS SO ORDERED.**

Dated: June 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE