IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BMW OF NORTH AMERICA, LLC;
ROLLS-ROYCE MOTOR CARS, NA, LLC;
ROLLS-ROYCE MOTOR CARS LIMITED
and BAYERISCHE MOTOREN WERKE AG,

Plaintiffs,

v.

DINODIRECT CORP.; DINODIRECT CHINA LTD.; B2CFORCE INTERNATIONAL CORP.; and JIANFENG FENG aka KEVIN FENN aka KEVIN FENG,

Defendants.

No. C 11-04598 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiffs' motion for default judgment and permanent injunction (Dkt. No. 74), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs BMW of North America, LLC, Rolls-Royce Motor Cars NA, LLC, Rolls-Royce Motor Cars Limited and Bayerische Motoren Werke AG, and against defendants DinoDirect Corp., DinoDirect China Ltd., B2CForce International Corp., and JianFeng Feng aka Kevin Fenn aka Kevin Feng. Defendants are hereby **ENJOINED** as per order granting plaintiffs' motion for default judgment and permanent injunction (Dkt. No. 74), and **JUDGMENT IS FURTHER ENTERED** against said defendants, jointly and severally, and in favor of plaintiffs, in the amount of $1.5 million dollars. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE