IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DINODIRECT CORP., et al., <br><br> Defendants. | No. C 11-04598 WHA <br><br> **ORDER DENYING REQUEST TO VACATE HEARING** |

Defendants request that the November 29 hearing be vacated. Plaintiffs oppose. Defendants' request is **DENIED**. The November 29 hearing will go forward as scheduled.

**IT IS SO ORDERED.**

Dated: November 28, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE