IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BMW OF NORTH AMERICA, LLC, et al.,

    Plaintiffs,

  v.

DINODIRECT CORP., et al.,

    Defendants.

No. C 11-04598 WHA

**ORDER DENYING MOTION TO VACATE DEFAULT JUDGMENT**

A prior order conditionally granted defendants' motion to vacate default judgment subject to certain mandatory conditions (*see* Dkt. Nos. 73–74, 85, 100). These conditions included defendants making two deponents available for depositions in the U.S. and producing "all responsive documents" pursuant to narrow document requests related to those depositions by January 31. These conditions have not been fulfilled and defendants' excuses for not fulfilling them are flimsy and not credible. Accordingly, defendants' motion to vacate default judgment is **DENIED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE